IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:25-cr-180 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 922(a)(6) |
| **KENDRELL QUWASHAWN** | ) | 18 U.S.C. § 922(g)(1) |
| **SINGLETON** | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(8) |
| **MICHAEL ARKEILO MONTEZ** | ) | 18 U.S.C. § 924(d)(1) |
| **NELSON** | ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**
**SEALED**

**COUNT 1**

THE GRAND JURY CHARGES:

Beginning in or about April of 2019, and continuing up to and including the date of this indictment, in the District of South Carolina, the Defendants, **KENDRELL QUWASHAWN SINGLETON, MICHAEL ARKEILO MONTEZ NELSON**, and others both known and unknown to the grand jury, knowingly and intentionally conspired and agreed together to commit offenses against the United States, namely to engage in knowingly making false statements to a federal firearm license, in violation of Title 18, United States Code, Section 922(a)(6), and at least one of the Defendants committed an overt act to effect the object of the conspiracy, namely the straw purchase of the firearm alleged in Count 2 of this Indictment, which is incorporated by reference;

A violation of Title 18, United States Code, Section 371.

1

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about November 19, 2023, in the District of South Carolina, the defendant, **KENDRELL QUWASHAWN SINGLETON**, aided and abetted by defendant, **MICHAEL ARKEILO MONTEZ NELSON**, in connection with the acquisition of a firearm, to wit, a Glock, model 19, Gen 5, 9mm pistol, from Palmetto State Armory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm listed below, whereas in truth and in fact, he was not the true purchaser;

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about January 6, 2024, in the District of South Carolina, the Defendant, **MICHAEL ARKEILO MONTEZ NELSON**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a, Glock, model 19, Gen 5, 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE**

CONSPIRACY/FIREARM OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 371 (conspiracy to violate 18 U.S.C. § 922(a)(6)) and 922 as charged in this Indictment, the Defendants, **KENDRELL QUWASHAWN SINGLETON** and **MICHAEL ARKEILO MONTEZ NELSON**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any firearms and ammunition (as defined in 18 U.S.C. § 921) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the 18 U.S.C. § 922 offenses, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A. Firearm:

        Glock, model 19, Gen 5, 9mm pistol
        Serial Number: CBUL445
        Seized from: Michael Arkeilo Montez Nelson
        Purchased by: Kendrell Quwashawn Singleton

B. <u>Ammunition</u>:

Miscellaneous rounds of 9mm ammunition

C. <u>Cash Proceeds / Forfeiture Judgment</u>:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the conspiracy offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of 18 U.S.C. § 371.

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(1)  Cannot be located upon the exercise of due diligence;
(2)  Has been transferred or sold to, or deposited with a third party;
(3)  Has been placed beyond the jurisdiction of the Court;
(4)  Has been substantially diminished in value; or
(5)  Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), (incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A      True      Bill



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

J. Carra Henderson (Fed. ID # 12229)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: carra.henderson@usdoj.gov